# Court of Appeals
# of the State of Georgia

ATLANTA,  July 23, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1662.  CHARLES ALLEN v. THE STATE.**

Charles Allen pled guilty to criminal attempt to commit aggravated sodomy, burglary, and false imprisonment in 2002, and was sentenced to ten years in prison and ten years on probation.  In 2013, the state filed a petition to revoke Allen's probation, which the trial court granted.  In 2014, Allen filed a motion for out-of-time appeal, challenging the probation revocation order.  We, however, lack jurisdiction.

Because the underlying subject matter of the appeal is the revocation of Allen's probation, he was required to file an application for discretionary appeal in order to appeal.  See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998).  We lack jurisdiction over this direct appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/23/2014
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_Stephen E. Castlen_ , *Clerk.*